## Germer Stove Company *v.* Millcreek Township.

OPINION BY HENDERSON, J., October 11, 1915:

The same question is involved in this case which was considered in the case of Lowry, et al., v. The Supervisors of Millcreek Twp., No. 150, April Term, 1915, in which an opinion was this day handed down, ante, p. 285. for the reasons given in the latter case the order in this case is affirmed at the cost of the appellant.